IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIA SANDOVAL, et. al.,

                Plaintiff(s),

v.

CITY OF WATSONVILLE,

                Defendant(s).
                                        /

CASE NO. 5:13-cv-01909 EJD

**ORDER DIRECTING CLERK TO REASSIGN CASE**

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial (see Docket Item Nos. 6, 9), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan. All matters previously scheduled before District Judge Edward J. Davila are VACATED and should be re-noticed before the newly assigned judge.

**IT IS SO ORDERED.**

Dated:  June 18, 2013

                                                  EDWARD J. DAVILA
                                                 United States District Judge