DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JORDAN SHEINBAUM, State Bar No. 190598
Assistant County Counsel
Office of the Santa Cruz County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**Attorneys for Defendant Roy Morales**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANDOVAL AND OMAR SANDOVAL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE, a municipal corporation; EDWARD DELFIN, individually and in his official capacity as Police Officer for the City of Watsonville; ROY MORALES, individually and in his official capacity as a Police Officer for the City of Watsonville; and DOES 1-25, inclusive, Individually and in their official capacities as Police Officers for the City of Watsonville,<br><br>Defendants. | Case No. CV13-01909-HRL<br><br>**PLAINTIFFS' REQUEST AND STIPULATION FOR AN ORDER DISMISSING DEFENDANT ROY MORALES FROM ENUMERATED CAUSES OF ACTION; [PROPOSED] ORDER THEREON** |

Plaintiffs MARIA SANDOVAL AND OMAR SANDOVAL, jointly and severally, hereby request dismissal of the following causes of action alleged in their Second Amended Complaint with prejudice as against Defendant ROY MORALES, only:

(1) Plaintiffs' Seventh Cause of Action entitled "Violation of California Civil Code § 51.7";

(2) Plaintiffs' Eighth Cause of Action entitled "False Arrest and Imprisonment" ;

1

Sandoval v. City of Watsonville, et al.                    Plaintiffs' Request and Stipulation Dismissing
Case No. CV13-01909 HRL                                    Defendant Roy Morales; [Proposed] Order

(3) Plaintiffs' Ninth Cause of Action entitled "Intentional Infliction of Emotional Distress";

(4) Plaintiffs' Tenth Cause of Action entitled "Assault and Battery";

(5) Plaintiffs' Eleventh Cause of Action entitled "Negligent Infliction of Emotional Distress";

In addition, Plaintiffs' Sixth and Twelfth causes of action contained in their Second Amended Complaint were dismissed with prejudice pursuant to this Court's Order on Defendant ROY MORALES' notice of motion and motion to dismiss under FRCP 12(b)(6) and Plaintiff MARIA SANDOVAL and OMAR SANDOVAL's Statement of Non-Opposition to same (ECF No's. 47 51, and the Order contained in ECF No. 53).

Dismissal is requested as indicated herein.

IT IS SO STIPULATED.

Dated: April 15, 2014                    THE LAW OFFICES OF JOHN L. BURRIS

                                         By:   /s/ *DeWitt M. Lacy*
                                              DeWitt M. Lacy
                                              Attorneys for Plaintiffs Maria and
                                              Omar Sandoval


Dated: April 15, 2014                    DANA McRAE, COUNTY COUNSEL

                                         By:   /s/ *Jordan Sheinbaum*
                                              Jordan Sheinbaum
                                              Assistant County Counsel
                                              Attorneys for Defendant,
                                              Roy Morales.


**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, THEREFORE, it is hereby ordered that the above referenced causes of action are dismissed as against Defendant ROY MORALES as reflected hereinabove.

Dated: May 14, 2014                      _____
                                         THE HONORABLE HOWARD R. LLOYD
                                         MAGISTRATE JUDGE

2

Sandoval v. City of Watsonville, et al.              Plaintiffs' Request and Stipulation Dismissing
Case No. CV13-01909 HRL                              Defendant Roy Morales; [~~Proposed~~] Order