**\*E-Filed: October 20, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA SANDOVAL and OMAR SANDOVAL,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF WATSONVILLE, et al.,<br><br>    Defendants. | No. C13-01909 HRL<br><br>**ORDER DISMISSING ACTION**<br><br>**[Re: Docket No. 68]** |

After considering the Stipulation of Dismissal filed herein, IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice in its entirety as to all Defendants, each side to bear its/his/her own fees and costs.

**IT IS SO ORDERED.**

Dated: October 20, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-01909 HRL** Notice will be electronically mailed to:

DeWitt Marcellus Lacy     dewitt.lacy@johnburrislaw.com, jillian.vidalsmith@johnburrislaw.com

John L. Burris     john.burris@johnburrislaw.com, arlene.branch@johnburrislaw.com, jlblawoffice@gmail.com, max.johnson@johnburrislaw.com

Jordan Sheinbaum     Jordan.Sheinbaum@co.santa-cruz.ca.us, juliana.panick@co.santa-cruz.ca.us, Maria.Vargas@co.santa-cruz.ca.us

Matthew James Aulenta     mjaulenta@grunskylaw.com

Thomas Neal Griffin     tngriffin@grunskylaw.com, hparinello@grunskylaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**